UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW MILLENNIUM SOFTWARE INTERNATIONAL, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> STARSHIP TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 23-cv-03287-VC <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> Re: Dkt. No. 23 |

Starship's joint motion to dismiss is granted for the reasons given in *New Millennium Software International, L.L.C. v. Phantom Auto Inc.*, No. 3:23-cv-3278-VC, Dkt. No. 33.

**IT IS SO ORDERED.**

Dated: November 9, 2023

VINCE CHHABRIA
United States District Judge